# United States Bankruptcy Court
## District of Oregon

In re  **Evergreen Vintage Aircraft, Inc.**                                  Case No.  **14-36770**
                                         Debtor(s)                           Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Evergreen Vintage Aircraft, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Evergreen Holdings, Inc.**
**1271 NE Highway 99W**
**PMB 502**
**McMinnville, OR 97128**

☐ None [*Check if applicable*]

| | |
|---|---|
| **December 16, 2014** | **/s/ Nicholas J. Henderson OR:** |
| Date | **Nicholas J. Henderson OR: 074027** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Evergreen Vintage Aircraft, Inc.** |
| | **Motschenbacher & Blattner, LLP** |
| | **117 SW Taylor St., Suite 200** |
| | **Portland, OR 97204** |
| | **(503) 417-0500 Fax:(503) 417-0501** |
| | **nhenderson@portlaw.com** |