B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## District of Oregon

In re  **Evergreen Vintage Aircraft, Inc.**, 
Debtor

Case No. __14-36770__

Chapter __11__

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 69,653,278.00 | | |
| B - Personal Property | Yes | 7 | 41,262,006.71 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 51,115,308.95 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 131,985,291.55 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 15 | | | |
| | | Total Assets | 110,915,284.71 | | |
| | | | Total Liabilities | 183,100,600.50 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## District of Oregon

In re  **Evergreen Vintage Aircraft, Inc.**                    ,    Case No. __14-36770__
                                    Debtor

                                                                Chapter __11__

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re  **Evergreen Vintage Aircraft, Inc.**                                 ,           Case No.  **14-36770**
                              Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Real Property and Improvements:**<br>**Aviation Museum & Theater Buildings**<br>**29.70 Acres in Section 23 Township 4S Range 4W**<br>**Tax Lot 00601**<br>**Account number 523942**<br>**location commonly referred to as 490-500 NE**<br>**Captain Michael King Smith Way**<br>**McMinnville, OR 97128**<br>**\*Value based on property tax assessed RMV** | | - | 69,653,278.00 | 51,115,308.95 |

|  | Sub-Total > | **69,653,278.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **69,653,278.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Evergreen Vintage Aircraft, Inc.**,     Case No. **14-36770**

Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account No. XXXXXX1103 Wells Fargo Bank** | - | 0.00 |
| | | | **Checking Account No. XXXXX9731 Umpqua Bank** | - | 0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

                                                             Sub-Total >   **0.00**
                                                             (Total of this page)

  **3**  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Evergreen Vintage Aircraft, Inc.**  ,  Case No.  **14-36770**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Unpaid rent payment for December, 2014.** **Debt owed by Evergreen Aviation & Space Museum** | - | 50,000.00 |
| | | **Tax Refund Receiveable** | - | 20,867.00 |
| | | **Deferred Income Tax Asset** | - | 10,033,590.33 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >  **10,104,457.33**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Evergreen Vintage Aircraft, Inc.**  ,   Case No.  **14-36770**
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Indemnity claim for property tax payments under lease agreement with Evergreen Aviation and Space Museum** | - | **407,549.38** |
| | | **Potential tort claims (breach of fiducuary duty, gross negligence)** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | | **Vintage Aircraft and Vehicles (See attached Schedule B-27)** | - | **30,000,000.00** |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Machinery, Fixtures, Equipment and Supplies Used in Business (See attached Schedule B-29)** | - | **750,000.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >  **31,157,549.38**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Evergreen Vintage Aircraft, Inc.**   ,   Case No.   **14-36770**
　　　　　　　　　　　　　　　Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 41,262,006.71 |

Sheet  **3**  of  **3**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re: Evergreen Vintage Aircraft, Inc.
Case No. 14-36770-rld11

**Schedule B-27**
**Aircraft and Accessories**

| Aircraft Description | Value[i]: | Secured Creditor(s) |
|---|---|---|
| 1945 Boeing B-17G Flying Fortress Reg. Number N207EV | FMV: Unknown<br>Book: $1,129,310.44<br>Insured Value: $3,000,000 | Umpqua Bank |
| Lockheed P-38L-5, Reg. Number N505MH | FMV: Unknown<br>Book: $2,489,796.90<br>Insured Value: $3,000,00 | Umpqua Bank |
| Messerschmitt BF-109G-10/U4, Reg. No. N109EV | FMV: Unknown<br>Book: $1,499,309.56<br>Ins.: $3,000,000 | Umpqua Bank |
| North American T-28B Trojan, Reg. Number N28EV, Serial No. 138334 | FMV: Unknown<br>Book: $176,802.98<br>Insured Value: $120,000 | Umpqua Bank |
| Pitts Aerobatics S-2B, Reg. No. N5352E, Serial No. 5105 | FMV: Unknown<br>Book: $115,819.02<br>Insured Value: $100,000 | Umpqua Bank |
| Vickers Supermarine Spitfire Mark XVI, Reg. No. N356TE, Serial No. TE356 | FMV: Unknown<br>Book: $1,151,856.20<br>Insured Value: $3,000,000 | Umpqua Bank |
| Piper J3L-65 "Cub", Reg. No. N46471,<br>Serial #G31 | FMV: Unknown<br>Book: $37,718.21<br>Insured Value: $35,000 | Umpqua Bank,<br>World Fuel Services, Inc. |
| North American SNJ-4, Reg. No. #N33CC,<br>Serial # 88-13466 | FMV: Unknown<br>Book: $38,690.50<br>Insured Value: $80,000 | Umpqua Bank,<br>World Fuel Services, Inc. |
| Boeing E75 Stearman, Reg. No.N450UR,<br>Ser. #75-5300 | FMV: Unknown<br>Book: $120,000.00<br>Insured Value: $150,000 | Umpqua Bank,<br>World Fuel Services, Inc. |
| Curtiss Wright "Air Sedan", Reg. No. #N12314, Serial #15-D-2214 | FMV: Unknown<br>Book: $21,161.56<br>Insured Value: $10,000 | Umpqua Bank,<br>World Fuel Services, Inc. |
| Hughes 269A, Reg. No. #N79P, Serial No. 38-002 | FMV: Unknown<br>Book: $20,840.54<br>Insured Value: $100,000 | Umpqua Bank,<br>World Fuel Services, Inc. |
| Curtis Jenny, Replica building by Century Aviation | FMV: Unknown<br>Book: $114,000.00<br>Insured Value: $180,000 | Umpqua Bank,<br>World Fuel Services, Inc. |
| Hiller UH-12E, Reg. No. N5363V, Ser. #2049 | FMV: Unknown<br>Book: $11,240.40<br>Insured Value: $70,000 | Umpqua Bank,<br>World Fuel Services, Inc. |
| Curtis P40 Kittyhawk "Warhawk" FAA Reg. No. N293FR and Serial No. R293. | FMV: Unknown<br>Book: $878,193.87<br>Insured Value: $1,500,000 | Umpqua Bank |

Page 1 – Aircraft and Accessories

In re: Evergreen Vintage Aircraft, Inc.
Case No. 14-36770-rld11

| Curtis Wright A-22 Falcon FFA, Reg. No. N500G and Serial No. A22-1 | FMV: Unknown<br>Book: 367,620.10<br>Insured Value: $400,000 | Umpqua Bank |
|---|---|---|
| Dehavilland DH4M | FMV: Unknown<br>Book: $300,000.00<br>Insured Value: $1,500,000 | Umpqua Bank,<br>World Fuel Services, Inc. |
| Douglas A-26B Invader | FMV: Unknown<br>Book: $144,873.93<br>Insured Value: $500,000 | World Fuel Services, Inc. |
| 1903 Wright Flyer Replica | FMV: Unknown<br>Book: $73,200.00<br>Insured Value: $200,000 | World Fuel Services, Inc. |
| Photon Space Capsule - Russian | FMV: Unknown<br>Book: $32,395.00<br>Insured Value: $1,000,000 | World Fuel Services, Inc. |
| Bell HTL-3 | FMV: Unknown<br>Book: $426,000.00[ii]<br>Insured Value: $100,000 | |
| Bell OH-13 Sioux | FMV: Unknown<br>Book: See Bell HTL-3 Notes<br>Insured Value: $150,000 | |
| Hiller H-23, 12-B | FMV: Unknown<br>Book: See Bell HTL-3 Notes<br>Insured Value: $70,000 | World Fuel Services, Inc. |
| Sikorsky H19 | FMV: Unknown<br>Book: See Bell HTL-3 Notes<br>Insured Value: $20,000 | World Fuel Services, Inc. |
| Sikorsky HO35-1G "Dragonfly" | FMV: Unknown<br>Book: See Bell HTL-3 Notes<br>Insured Value: $20,000 | World Fuel Services, Inc. |

---

[i] The aircraft and accessories listed in Schedule B27 list "Unknown" as the fair market value, on account of the fact that the fair market value of each item is dependent on numerous variables and factors and may differ significantly from their net book value or their insured value. However, the Debtor estimates that the fair market value of the aircraft, taken as a whole, is approximately $20,000,000 to $30,000,000. Nothing herein or in the Schedules and Statements shall be construed as an admission or acknowledgment by the Debtor that any particular item has no market value, or is limited to the book value or insured value listed in Schedule B-27, and the Debtor reserves all rights to amend the Schedules as additional information regarding value becomes available.

[ii] The last five aircraft listed were purchased together, so the Debtor's books list a consolidated book value of $426,000 for the last five aircraft.

Page 2 – Aircraft and Accessories

In re: Evergreen Vintage Aircraft, Inc.
Case No. 14-36770-rld11

**Schedule B-29**
**Machinery, Fixtures, Equipment and Supplies**

| Description | Value[i] | Secured Creditor(s) |
|---|---|---|
| Bell Helicopter exhibit | FMV: Unknown<br>Book Value: $1,480.00 | World Fuel Services, Inc. |
| Ben Franklin bust | FMV: Unknown<br>Book Value: $9,377.96 | World Fuel Services, Inc. |
| 232 Irwin seating | FMV: Unknown<br>Book Value: $46,218.00 | |
| Concession equipment | FMV: Unknown<br>Book Value: $24,212.76 | |
| IMAX lift system | FMV: Unknown<br>Book Value: $193,725.20 | |
| Receptacles | FMV: Unknown<br>Book Value: $7,759.47 | |
| Shelving for modules | FMV: Unknown<br>Book Value: $1,713.00 | |
| Storage cabinets | FMV: Unknown<br>Book Value: $3,765.58 | |
| Tables and chairs | FMV: Unknown<br>Book Value: $27,952.00 | |
| Laminated table | FMV: Unknown<br>Book Value: $11,057.95 | |
| 3D Glasses | FMV: Unknown<br>Book Value: $17,773.45 | |
| Highway sign | FMV: Unknown<br>Book Value: $17,740.01 | |
| Film storage | FMV: Unknown<br>Book Value: $21,258.79 | |
| Window shades | FMV: Unknown<br>Book Value: $5,847.00 | |
| IMAX audio video equipment | FMV: Unknown<br>Book Value: $250,000.00 | |
| Additional IMAX video | FMV: Unknown<br>Book Value: $82,961.10 | |
| IMAX chairs and tables | FMV: Unknown<br>Book Value: $10,083.00 | |
| Napoleon Hill bust | FMV: Unknown<br>Book Value: $4,336.00 | |

---

[i] The machinery, fixtures, equipment and supplies listed in Schedule B-29 list "Unknown" as the fair market value, on account of the fact that the fair market value of each item is dependent on numerous variables and factors and may differ significantly from their net book value. Nothing herein or in the Schedules and Statements shall be construed as an admission or acknowledgment by the Debtor that any particular item has no market value, or is limited to the book value listed in Schedule B-29, and the Debtor reserves all rights to amend the Schedules as additional information regarding value becomes available.

Page 1 – Machinery, Fixtures, Equipment and Supplies

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
**District of Oregon**

In re  **Evergreen Vintage Aircraft, Inc.**                                    Case No.  **14-36770**
                                        Debtor(s)                              Chapter   **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

  I, the President and Secretary of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __9__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **January 21, 2015**                     Signature   **/s/ Lisa Anderson**
                                                           **Lisa Anderson**
                                                           **President and Secretary**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                        18 U.S.C. §§  152 and 3571.