HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

Hon. Randall L. Dunn
Chapter: 11
Location: Portland

Attorneys for Secured Creditor
Umpqua Bank

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON
AT PORTLAND

In re:

EVERGREEN VINTAGE AIRCRAFT, INC.,

Debtor.

No.: 14-36770-rld11

**STIPULATION TO MODIFY CASE SCHEDULE**

Debtor and Creditor Umpqua Bank stipulate as follows:

1. The evidentiary hearing in this matter has been re-noted from March 26, 2015 to April 16, 2015 by the Court in its Amended Scheduling Order (ECF No. 54). The parties desire more time for their responsive briefing and request that the deadlines set forth in the original Scheduling Order issued by this Court (ECF No. 48) should be extended as follows:

   a) The deadline for response to Umpqua Bank's Motion for Relief (ECF No. 40) be extended to March 27, 2015;

   b) The reply deadline for the Motion for Relief be extended to April 10, 2004.

   //

   //

*Stipulation to Modify Case Schedule -* 1

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

DATED this 25th day of February, 2015.

| | |
|---|---|
| HILLIS CLARK MARTIN & PETERSON P.S. | MOTSCHENBACHER & BLATTNER LLP |
| By */s/Joseph A.G. Sakay* | By */s/Nicholas J. Henderson* |
| Joseph A. Sakay, OSB #24667 | Nicholas J. Henderson, OSB #074027 |
| Brian C. Free, OSB #142077 | Attorneys for Evergreen Vintage Aviation, Inc. |
| Eric D. Lansverk, OSB #144700 | |
| Attorneys for Umpqua Bank | |

*Stipulation to Modify Case Schedule* - 2

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101
Telephone: (206) 623-1745
Facsimile: (206) 623-7789