DISTRICT OF OREGON

**F I L E D**

**February 26, 2015**

**Clerk, U.S. Bankruptcy Court**

Below is an Order of the Court.

_(signature)_ 

RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON
AT PORTLAND

In re:

EVERGREEN VINTAGE AIRCRAFT, INC.,

Debtor.

No.: 14-36770-rld11

**[PROPOSED] ORDER ON STIPULATION TO MODIFY CASE SCHEDULE**

Having reviewed the stipulation of Debtor and Creditor Umpqua Bank, the Court orders as follows:

1. The deadline to respond to Umpqua Bank's Motion for Relief (ECF No. 40) shall be March 27, 2015; and

2. The reply deadline for the Motion for Relief shall be April 10, 2015.

### 

*Proposed Order to Modify Case Schedule* - 1

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1

2

PRESENTED BY:                          APPROVED AS TO FORM AND CONTENT:

3

HILLIS CLARK MARTIN & PETERSON P.S.    MOTSCHENBACHER & BLATTNER LLP

4

By _/s/Joseph A.G. Sakay_____        By _/s/Nicholas J. Henderson_____

5

   Joseph A. Sakay, OSB #24667           Nicholas J. Henderson, OSB #074027

   Brian C. Free, OSB #142077         Attorneys for Evergreen Vintage Aviation,

6

   Eric D. Lansverk, OSB #144700      Inc.

Attorneys for Umpqua Bank

7

8

ND: 20411.005 4820-7778-3586v1

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

*Proposed Order to Modify Case Schedule - 2*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington  98101
Telephone: (206) 623-1745
Facsimile: (206) 623-7789