Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re: | ) Bankruptcy Case |
| | ) No. 14-36770-rld11 |
| EVERGREEN VINTAGE AIRCRAFT, INC., | ) |
| | ) FURTHER SCHEDULING ORDER |
| Debtor. | ) (Motion for Relief from Stay) |

Following the hearing held Thursday, April 16, 2015, on the Motion for Relief from Stay ("Motion") filed by Umpqua Bank,

IT IS ORDERED that:

1. A final evidentiary hearing on the Motion is set for **Thursday, June 11, 2015, at 9:00 a.m.** in Courtroom 3, U.S. Bankruptcy Court, 1001 S.W. 5th Avenue, 7th Floor, Portland, Oregon.

2. Debtor shall file a response to the Motion no later than **Tuesday, May 26, 2015.**

3. Umpqua Bank shall file a reply to debtor's response by **Tuesday, June 9, 2015.**

###

Page 1 - FURTHER SCHEDULING ORDER

1  cc:      Nicholas J. Henderson
            Joseph A. Sakay

Page 2 - FURTHER SCHEDULING ORDER