UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                           ) Case No._____
                                                )
                                                ) NOTICE OF INTENT TO Sell Real or
                                                ) Personal Property, Compensate Real Estate
                                                ) Broker, and/or Pay any Secured Creditor's Fees
                                                ) and Costs; Motion for Authority to Sell Property
                                                ) Free and Clear of Liens; and Notice of Hearing
                                                ) [**Note**: Do not use to sell personally identifiable
Debtor(s)                                       )  information about individuals!]

NOTICE IS GIVEN THAT _____, the
_____ (i.e., debtor, trustee, etc.), intends to sell the property described below and moves for authority to sell said property free and clear of liens pursuant to 11 USC §363(f).  The movant's name, address, and telephone # are: _____
_____.

If you wish to object to any aspect of the sale or fees disclosed in ¶7 or ¶15 you must: (1) attend the hearing set in ¶16 below and, (2) within 23 days of the later of either (a) the date next to the signature below; or (b) the service date in ¶17 below, file with the Clerk of Court (i.e., if the 5-digit portion of the Case No. begins with "3" or "4", at 1001 SW 5th Ave. #700, Portland OR 97204; or if it begins with "6" or "7", at 405 E 8th Ave #2600, Eugene OR 97401):  (a) a written response stating the specific facts upon which the objection is based, and (b) proof that a copy of the response was served on the movant.

This document shall constitute the notice required by LBR 2002-1.  (COMPLETE ALL SECTIONS.)

1. The specific subsections of 11 USC §363(f) movant relies upon for authority to sell the property free and clear of liens are:

2. Buyer's Name & Relation to Debtor:

3. General description of the property (NOTE:  If real property, state street address here.  Also attach legal description as an Exhibit to the original filed with the court):

4. A copy of the full property description or inventory may be examined or obtained at:

5. The property may be previewed at (include time and place):

6. Other parties to the transaction and their relationship to the debtor are:

7. Gross sales price: $_____. All liens on the property total: $_____, of which Movant believes a total of $_____ need not be paid as secured claims (because the lien is invalid, avoidable, etc., the lienholder consents to less than full payment, or part or all of the underlying debt is not allowable). Secured creditor(s) also seek(s) reimbursement of $_____ for fees and costs.  Total sales costs will be:  $_____.  All tax consequences have been considered and it presently appears the sale will result in net proceeds to the estate after payment of valid liens, fees, costs and taxes of approximately:  $_____.

8. The sale    is      is not (**mark one**) of substantially all of the debtor's assets.  Terms and conditions of sale:

9. Competing bids must be submitted to the movant no later than (date) _____, and must exceed the above offer by at least _____ (and be on the same or more favorable terms to the estate).

10. Summary of all available information regarding valuation, including any independent appraisals:

11. If ¶7 indicates little or no equity for the estate, the reason for the sale is:

    and expenses and taxes resulting from the sale will be paid as follows:

12. (Ch. 11 cases only) The reason for proposing the sale in advance of approval of a plan of reorganization is:

13. The following information relates to lien holders (who are listed in PRIORITY order):

| Name | Service Address (See FRBP 7004) | Approximate Lien Amount | Indicate Treatment at Closing (i.e., Fully Pd., Partially Pd., or Not Pd.) |
|---|---|---|---|

14. Any liens not fully paid at closing shall attach to the sale proceeds in the same order of priority they attach to the property. Any proceeds remaining after paying liens, expenses, taxes, commissions, fees, costs or other charges as provided in this motion, shall be held in trust until the court orders payment.

15. [If real property]  The court appointed real estate broker, _____,
will be paid _____.

16. **A HEARING ON THIS MOTION AND ANY OBJECTIONS TO THE SALE AND/OR FEES WILL BE HELD**
ON _____ AT _____ IN _____
_____ and testimony will be received if offered and admissible.

17. [Unless movant is a Ch. 7 trustee]  I certify that on _____ a copy of this document was served, pursuant to FRBP 7004, on the debtor(s), trustee, if any, U.S. Trustee, each named lien holder at the address listed above, Creditors' Committee Chairperson, if any, and their respective attorneys; and that a copy was also served that date, pursuant to FRBP 2002(a), on all creditors and parties requesting special notice as listed in the Court's records that were obtained on _____, a copy of which is attached to the original document filed with the Bankruptcy Court.

18. FOR FURTHER INFORMATION CONTACT: _____
_____.

DATE: _____      _____
                        Signature & Relation to Movant
                        _____
                        (If debtor is movant) Debtor's Address & Taxpayer ID#(s) (last 4 digits)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0979-3<br>Case 14-36770-rld11<br>District of Oregon<br>Portland<br>Thu Apr 23 10:26:50 PDT 2015 | Alfred T. Giuliano, Ch. 7 Trustee<br>Pachulski Stang Ziehl & Jones, LLP<br>Attn:Bradford J. Sandler, John A. Morris<br>919 North Market St., 17th Floor<br>Wilmington, DE 19801-3034 | CT Corp.<br>388 State Street<br>Suite 420<br>Salem, OR 97301-3581 |
| CT Corp.<br>PO Box 4349<br>Carol Stream, IL 60197-4349 | Delford M. Smith<br>1271 NE Hwy 99W<br>PMB 502<br>McMinnville, OR 97128-2720 | Egan Gardens<br>9805 River Rd.<br>Salem, OR 97303-9737 |
| Egan Gardens<br>c/o Ellen Egan, Reg. Agent<br>2245 Ferry St. NE<br>Salem, OR 97303 | Elizabeth Schwartz<br>6312 SW Capitol Hwy, #175<br>Portland, OR 97239-1938 | Evergreen Helicopters, Inc.<br>Alex I. Poust<br>1211 SW 5th Avenue, Suite 1900<br>Portland, OR 97204-3719 |
| Evergreen Vintage Aircraft, Inc.<br>1271 NE Hwy 99W, PMB 502<br>McMinnville, OR 97128-2720 | OREN B HAKER<br>900 SW 5th Ave #2600<br>Portland, OR 97204-1229 | NICHOLAS J HENDERSON<br>117 SW Taylor St #200<br>Portland, OR 97204-3029 |
| IMAX Corporation<br>2525 Speakman Drive<br>Mississauga, ONT L5K 1B1<br>CANADA | IRS<br>PO Box 7346<br>Philadelphia PA 19101-7346 | James P. Laurick<br>Kilmer Voorhees & Laurick, PC<br>732 NW 19th Ave.<br>Portland, OR 97209-1302 |
| WENDELL G KUSNERUS<br>Davis Wright Tremaine LLP<br>1300 SW 5th Ave #2400<br>Portland, OR 97201-5682 | ERIC D. LANSVERK<br>Hillis Clark Martin & Peterson<br>1221 Second Avenue, Suite 500<br>Seattle, WA 98101-2925 | JAMES P LAURICK<br>732 NW 19th Ave<br>Portland, OR 97209-1302 |
| JUSTIN D LEONARD<br>111 SW Columbia #1100<br>Portland, OR 97201-5865 | JEFFREY C MISLEY<br>1000 SW Broadway #1400<br>Portland, OR 97205-3066 | Miller Nash<br>PO Box 3585<br>Portland, OR 97208-3585 |
| Miller Nash Graham & Dunn LLP<br>c/o Teresa H. Pearson<br>111 SW Fifth Avenue, #3400<br>Portland, OR 97204-3614 | Oregon Secretary of State<br>255 Capitol St., NE<br>Salem, OR 97310-1389 | TERESA H PEARSON<br>Miller Nash Graham & Dunn LLP<br>111 SW 5TH AVE #3400<br>PORTLAND, OR 97204-3614 |
| ALEX I POUST<br>1211 SW 5th Ave #1600-1900<br>Portland, OR 97204-3735 | Pacific Coast Bankers' Bank<br>c/o Wendell Kusnerus<br>Davis Wright Tremaine LLP<br>1300 SW Fifth Avenue, Suite 2400<br>Portland, OR 97201-5682 | Peter J. Keane<br>Alfred T. Giuliano, Ch. 7 Trustee for Ev<br>Giuliano, Miller & Co., LLC<br>140 Bradford Drive,<br>West Berlin, NJ 08091-9216 |
| AMIT D RANADE<br>Hillis Clark Martin & Peterson P.S.<br>1221 2nd Ave #500<br>Seattle, WA 98101-2925 | JOSEPH A SAKAY<br>1221 2nd Ave #500<br>Seattle, WA 98101-2989 | BRADFORD J SANDLER<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street<br>17th Floor<br>Wilmington, DE 19801-3034 |

| | | |
|---|---|---|
| The Delford M. Smith Revocable Trust<br>1271 NE Hwy 99W<br>PMB 502<br>McMinnville, OR 97128-2720 | Us Trustee, Portland<br>620 SW Main St #213<br>Portland, OR 97205-3026 | Umpqua Bank<br>c/o Joseph A.G. Sakay<br>1221 Second Avenue<br>Suite 500<br>Seattle, WA 98101-2989 |
| Umpqua Bank<br>Hillis Clark Martin & Peterson<br>Attn: Joseph A.G. Sakay<br>1221 Second Avenue, Suite 500<br>Seattle, WA 98101-2925 | Umpqua Bank<br>PO Box 1820<br>Roseburg, OR 97470-0417 | Ventures Acquisition Company, LLC<br>1271 NE Hwy 99W<br>PMB 502<br>McMinnville, OR 97128-2720 |
| Ventures Holdings, Inc.<br>1271 NE Hwy 99W<br>PMB 502<br>McMinnville, OR 97128-2720 | CAROLYN G WADE<br>Dept of Justice/Civil Enforce/Recovery<br>1162 Court St NE<br>Salem, OR 97301-4096 | BRITTA E WARREN<br>Black Helterline LLP<br>805 S.W. Broadway<br>Suite 1900<br>Portland, OR 97205-3359 |
| World Fuel Services, Inc.<br>9800 NW 4th Street, Suite 400<br>Miami, FL 33178 | World Fuel Services, Inc.<br>James P Laurick, Kilmer, Voorhees<br>732 NW 19th Ave<br>Portland, OR 97209-1302 | Yamhill County Tax Assessor<br>535 NE 5th Street<br>Room 42<br>McMinnville, OR 97128-4504 |
| Yamhill County Tax Collector<br>c/o Jeffrey C. Misley<br>Sussman Shank LLP<br>1000 SW Broadway, Suite 1400<br>Portland, OR 97205-3089 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Alfred T. Giuliano, Chapter 7 Trustee for | (u)Erickson Helicopters, Inc. fka Evergreen H | (u)Evergreen Aviation and Space Museum and th |
| (u)Glen Del, LLC | (u)Steven Maier | (u)Miller Nash LLP |
| (u)State of Oregon, Department of Justice | (u)Tina Stanley, as Trustee for the Grace Cat | (u)World Fuel Services, Inc. |
| (u)Yamhill County | End of Label Matrix<br>Mailable recipients     42<br>Bypassed recipients     10<br>Total                    52 | |