UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                    )   Case No._____
                                         )
                                         )   NOTICE OF INTENT TO Sell Real or
                                         )   Personal Property, Compensate Real Estate
                                         )   Broker, and/or Pay any Secured Creditor's Fees
                                         )   and Costs; Motion for Authority to Sell Property
                                         )   Free and Clear of Liens; and Notice of Hearing
                                         )   [**Note**: Do not use to sell personally identifiable
                                         )   information about individuals!]
Debtor(s)                                )

NOTICE IS GIVEN THAT _____, the
_____ (i.e., debtor, trustee, etc.), intends to sell the property described below and moves for authority to sell said property free and clear of liens pursuant to 11 USC §363(f). The movant's name, address, and telephone # are: _____
_____.

If you wish to object to any aspect of the sale or fees disclosed in ¶7 or ¶15 you must: (1) attend the hearing set in ¶16 below and, (2) within 23 days of the later of either (a) the date next to the signature below; or (b) the service date in ¶17 below, file with the Clerk of Court (i.e., if the 5-digit portion of the Case No. begins with "3" or "4", at 1001 SW 5th Ave. #700, Portland OR 97204; or if it begins with "6" or "7", at 405 E 8th Ave #2600, Eugene OR 97401): (a) a written response stating the specific facts upon which the objection is based, and (b) proof that a copy of the response was served on the movant.

This document shall constitute the notice required by LBR 2002-1. (COMPLETE ALL SECTIONS.)

1. The specific subsections of 11 USC §363(f) movant relies upon for authority to sell the property free and clear of liens are:

2. Buyer's Name & Relation to Debtor:

3. General description of the property (NOTE: If real property, state street address here. Also attach legal description as an Exhibit to the original filed with the court):

4. A copy of the full property description or inventory may be examined or obtained at:

5. The property may be previewed at (include time and place):

6. Other parties to the transaction and their relationship to the debtor are:

7. Gross sales price: $_____. All liens on the property total: $_____, of which Movant believes a total of $_____ need not be paid as secured claims (because the lien is invalid, avoidable, etc., the lienholder consents to less than full payment, or part or all of the underlying debt is not allowable). Secured creditor(s) also seek(s) reimbursement of $_____ for fees and costs. Total sales costs will be: $_____. All tax consequences have been considered and it presently appears the sale will result in net proceeds to the estate after payment of valid liens, fees, costs and taxes of approximately: $_____.

8. The sale ☐ is ☐ is not (**mark one**) of substantially all of the debtor's assets. Terms and conditions of sale:
   **For specific details about terms and conditions of sale, see Notice and Motion to Approve Settlement and Compromise and its attached Term Sheet filed April 23, 2015 [Docket No. 71]. General terms are that the sale is subject to court approval, and is also conditioned on approval of proposed settlement. Sale is also subject to approval by the Board of Directors for the Museum. The Museum's agreement to the sale is subject to side agreements with parties to CFA, including the participant that will become the Museum's landlord.**
   **Debtor and buyers hereby request waiver of the 14-day stay under FRBP 6004(h).**

9. Competing bids must be submitted to the movant no later than (date) _____, and must exceed the above offer by at least _____ (and be on the same or more favorable terms to the estate).

10. Summary of all available information regarding valuation, including any independent appraisals:

11. If ¶7 indicates little or no equity for the estate, the reason for the sale is:

and expenses and taxes resulting from the sale will be paid as follows:

12. (Ch. 11 cases only) The reason for proposing the sale in advance of approval of a plan of reorganization is:

13. The following information relates to lien holders (who are listed in PRIORITY order):

| Name | Service Address (See FRBP 7004) | Approximate Lien Amount | Indicate Treatment at Closing (i.e., Fully Pd., Partially Pd., or Not Pd.) |
|---|---|---|---|
|  |  |  |  |

14.  Any liens not fully paid at closing shall attach to the sale proceeds in the same order of priority they attach to the property. Any proceeds remaining after paying liens, expenses, taxes, commissions, fees, costs or other charges as provided in this motion, shall be held in trust until the court orders payment.

15.  [If real property]  The court appointed real estate broker, _____,
will be paid _____.

16.  **A HEARING ON THIS MOTION AND ANY OBJECTIONS TO THE SALE AND/OR FEES WILL BE HELD**
ON _____ AT _____ IN _____
_____ and testimony will be received if offered and admissible.

17.  [Unless movant is a Ch. 7 trustee]  I certify that on _____ a copy of this document was served, pursuant to FRBP 7004, on the debtor(s), trustee, if any, U.S. Trustee, each named lien holder at the address listed above, Creditors' Committee Chairperson, if any, and their respective attorneys; and that a copy was also served that date, pursuant to FRBP 2002(a), on all creditors and parties requesting special notice as listed in the Court's records that were obtained on _____, a copy of which is attached to the original document filed with the Bankruptcy Court.

18.  FOR FURTHER INFORMATION CONTACT: _____
_____.

DATE: _____          _____
                          Signature & Relation to Movant
                          _____
                          (If debtor is movant) Debtor's Address & Taxpayer ID#(s) (last 4 digits)

## EXHIBIT "A"

A tract of land in Section 23, Township 4 South, Range 4 West of the Willamette Meridian in Yamhill County, Oregon, and being more particularly described as follows:

BEGINNING at an iron rod that is North 90°00'00" West (WEST) 3740.00 feet and North 00°23'30" East 30.00 feet from the Southeast corner of the Rueben Harris Donation Land Claim No. 80, said point being on the North margin of Three Mile Lane; thence North 00°23'30" East 939.63 feet to an iron rod; thence South 89°58'40" East 370.00 feet to an iron rod; thence North 00°23'30" East 727.91 feet to an iron rod; thence North 89°03'00" West 1144.96 feet to an iron rod; thence South 00°24'52" West 746.45 feet to an iron rod; thence South 89°58'40" East 236.21 feet to an iron rod; thence South 00°22'32" West 939.84 feet to an iron rod on the North margin of Three Mile Lane (30.00 feet from centerline); thence North 90°00'00" East (EAST) 538.76 feet along said North margin to point of beginning.

EXCEPTING THEREFROM that portion conveyed to the City of McMinnville, a municipal corporation, by Dedication of Easement and Right of Way recorded in Instrument No. 200304463, Deed Records.

```
Label Matrix for local noticing          Alfred T. Giuliano, Ch. 7 Trustee        CT Corp.
0979-3                                   Pachulski Stang Ziehl & Jones, LLP       388 State Street
Case 14-36770-rld11                      Attn:Bradford J. Sandler, John A. Morris Suite 420
District of Oregon                       919 North Market St., 17th Floor         Salem, OR 97301-3581
Portland                                 Wilmington, DE 19801-3034
Thu Apr 23 10:26:50 PDT 2015

CT Corp.                                 Delford M. Smith                         Egan Gardens
PO Box 4349                              1271 NE Hwy 99W                          9805 River Rd.
Carol Stream, IL 60197-4349              PMB 502                                  Salem, OR 97303-9737
                                         McMinnville, OR 97128-2720


Egan Gardens                             Elizabeth Schwartz                       Evergreen Helicopters, Inc.
c/o Ellen Egan, Reg. Agent               6312 SW Capitol Hwy, #175                Alex I. Poust
2245 Ferry St. NE                        Portland, OR 97239-1938                  1211 SW 5th Avenue, Suite 1900
Salem, OR 97303                                                                   Portland, OR 97204-3719


Evergreen Vintage Aircraft, Inc.         OREN B HAKER                             NICHOLAS J HENDERSON
1271 NE Hwy 99W, PMB 502                 900 SW 5th Ave #2600                     117 SW Taylor St #200
McMinnville, OR 97128-2720               Portland, OR 97204-1229                  Portland, OR 97204-3029


IMAX Corporation                         IRS                                      James P. Laurick
2525 Speakman Drive                      PO Box 7346                              Kilmer Voorhees & Laurick, PC
Mississauga, ONT L5K 1B1                 Philadelphia PA 19101-7346               732 NW 19th Ave.
CANADA                                                                            Portland, OR 97209-1302


WENDELL G KUSNERUS                       ERIC D. LANSVERK                         JAMES P LAURICK
 Davis Wright Tremaine LLP               Hillis Clark Martin & Peterson           732 NW 19th Ave
1300 SW 5th Ave #2400                    1221 Second Avenue, Suite 500            Portland, OR 97209-1302
Portland, OR 97201-5682                  Seattle, WA 98101-2925


JUSTIN D LEONARD                         JEFFREY C MISLEY                         Miller Nash
111 SW Columbia #1100                    1000 SW Broadway #1400                   PO Box 3585
Portland, OR 97201-5865                  Portland, OR 97205-3066                  Portland, OR 97208-3585


Miller Nash Graham & Dunn LLP            Oregon Secretary of State                TERESA H PEARSON
c/o Teresa H. Pearson                    255 Capitol St., NE                      Miller Nash Graham & Dunn LLP
111 SW Fifth Avenue, #3400               Salem, OR 97310-1389                     111 SW 5TH AVE #3400
Portland, OR 97204-3614                                                           PORTLAND, OR 97204-3614


ALEX I POUST                             Pacific Coast Bankers' Bank              Peter J. Keane
1211 SW 5th Ave #1600-1900               c/o Wendell Kusnerus                     Alfred T. Giuliano, Ch. 7 Trustee for Ev
Portland, OR 97204-3735                  Davis Wright Tremaine LLP                Giuliano, Miller & Co., LLC
                                         1300 SW Fifth Avenue, Suite 2400         140 Bradford Drive,
                                         Portland, OR 97201-5682                  West Berlin, NJ 08091-9216


AMIT D RANADE                            JOSEPH A SAKAY                           BRADFORD J SANDLER
Hillis Clark Martin & Peterson P.S.      1221 2nd Ave #500                        Pachulski Stang Ziehl & Jones LLP
1221 2nd Ave #500                        Seattle, WA 98101-2989                   919 N. Market Street
Seattle, WA 98101-2925                                                            17th Floor
                                                                                  Wilmington, DE 19801-3034
```

| | | |
|---|---|---|
| The Delford M. Smith Revocable Trust<br>1271 NE Hwy 99W<br>PMB 502<br>McMinnville, OR 97128-2720 | US Trustee, Portland<br>620 SW Main St #213<br>Portland, OR 97205-3026 | Umpqua Bank<br>c/o Joseph A.G. Sakay<br>1221 Second Avenue<br>Suite 500<br>Seattle, WA 98101-2989 |
| Umpqua Bank<br>Hillis Clark Martin & Peterson<br>Attn: Joseph A.G. Sakay<br>1221 Second Avenue, Suite 500<br>Seattle, WA 98101-2925 | Umpqua Bank<br>PO Box 1820<br>Roseburg, OR 97470-0417 | Ventures Acquisition Company, LLC<br>1271 NE Hwy 99W<br>PMB 502<br>McMinnville, OR 97128-2720 |
| Ventures Holdings, Inc.<br>1271 NE Hwy 99W<br>PMB 502<br>McMinnville, OR 97128-2720 | CAROLYN G WADE<br>Dept of Justice/Civil Enforce/Recovery<br>1162 Court St NE<br>Salem, OR 97301-4096 | BRITTA E WARREN<br>Black Helterline LLP<br>805 S.W. Broadway<br>Suite 1900<br>Portland, OR 97205-3359 |
| World Fuel Services, Inc.<br>9800 NW 4th Street, Suite 400<br>Miami, FL 33178 | World Fuel Services, Inc.<br>James P Laurick, Kilmer, Voorhees<br>732 NW 19th Ave<br>Portland, OR 97209-1302 | Yamhill County Tax Assessor<br>535 NE 5th Street<br>Room 42<br>McMinnville, OR 97128-4504 |
| Yamhill County Tax Collector<br>c/o Jeffrey C. Misley<br>Sussman Shank LLP<br>1000 SW Broadway, Suite 1400<br>Portland, OR 97205-3089 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Alfred T. Giuliano, Chapter 7 Trustee for | (u)Erickson Helicopters, Inc. fka Evergreen H | (u)Evergreen Aviation and Space Museum and th |
| (u)Glen Del, LLC | (u)Steven Maier | (u)Miller Nash LLP |
| (u)State of Oregon, Department of Justice | (u)Tina Stanley, as Trustee for the Grace Cat | (u)World Fuel Services, Inc. |
| (u)Yamhill County | End of Label Matrix<br>Mailable recipients    42<br>Bypassed recipients    10<br>Total                  52 | |