**Nicholas J. Henderson, OSB#074027**
nhenderson@portlaw.com
Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 200
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0528

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>EVERGREEN VINTAGE AIRCRAFT, INC.<br><br>Debtor. | Case No. 14-36770-rld11<br><br>DEBTOR'S MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL |

  Evergreen Vintage Aircraft, Inc. (the "Debtor"), as debtor in possession, pursuant to Federal Rule of Bankruptcy Procedure 9037(c), and LBR 9018-1, moves the court for leave to file an Exhibit to its 9019 Motion and Notice to Approve Settlement Agreement under seal. In support of this motion, the Debtor states and represents as follows:

  1. The Debtor has filed a 9019 Motion and Notice to Approve Settlement Agreement [Docket No. 71] (the "Settlement Motion") in this matter.

  2. One of the portions of the settlement agreement (outlined in Exhibit C to the Settlement Motion) includes the sale of property by a non-debtor party.

  3. The portion of the settlement that includes the sale of property by a non-debtor party is confidential and should not be part of the public record of the *In re: Evergreen Vintage*

Page 1 – DEBTOR'S MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL

*Aircraft, Inc.* Bankruptcy filing. The non-debtor party has required a confidentiality agreement between all of the parties to the settlement agreement.

4. The parties that should be authorized to review, copy, photograph or inspect the document without prior written approval are Motschenbacher & Blattner, LLP, Skadden Arps Slate Meagher & Flom LLP, and parties to the confidential document and their respective legal counsel.

5. The document should be under seal for the duration of the bankruptcy case.

6. A proposed form of Order on this Motion is attached hereto as **Exhibit 1**.

WHEREFORE, the Debtor respectfully requests that the Court grants it leave to file an Exhibit to the Settlement Motion under seal pursuant to Federal Rule of Bankruptcy Procedure 9037(c).

Dated: April 24, 2015        /s/ Nicholas J. Henderson
                             Nicholas J. Henderson, OSB #074027
                             Of Attorneys for Debtors

Page 2 – DEBTOR'S MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL

**Motschenbacher & Blattner, LLP**
117 SW Taylor Street, Suite 200
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

# EXHIBIT 1

# PROPOSED ORDER

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>EVERGREEN VINTAGE AIRCRAFT, INC.<br><br>Debtor. | Case No. 14-36770-rld11<br><br>ORDER RE: DEBTOR'S MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL |

THIS MATTER came before the Court on Debtor's Motion for Leave to File Exhibit Under Seal [Docket No. ____]; the Court having reviewed the motion, and being otherwise duly advised; now, therefore,

IT IS HEREBY ORDERED as follows:

1) The Debtor is allowed to file Exhibit C to its 9019 Motion and Notice to Approve Settlement Agreement under seal.

2) The parties that are authorized to review, copy, photograph or inspect the document without prior written approval are Motschenbacher & Blattner, LLP, Skadden Arps

Page 1 of 2 – ORDER RE: DEBTOR'S MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL

**Motschenbacher & Blattner, LLP**
117 SW Taylor Street, Suite 200
Portland, OR 97204
Phone:  (503) 417-0500
Fax:  (503) 417-0501

Slate Meagher & Flom LLP, and parties to the confidential document and their respective legal counsel.

3) The document shall be held under seal for the duration of the bankruptcy case.

# # #

Order Presented by:
MOTSCHENBACHER & BLATTNER, LLP
/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB #074027
Telephone: 503-417-0500
E-mail: nhenderson@portlaw.com
Attorney for Debtor Evergreen Vintage Aircraft, Inc.

**PARTIES TO SERVE**

**ECF Electronic Service:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system.

**Service via First-Class Mail:**

- None

Page 2 of 2 – ORDER RE: DEBTOR'S MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL

**Motschenbacher & Blattner, LLP**
117 SW Taylor Street, Suite 200
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

# CERTIFICATE OF SERVICE

I, Nicholas J. Henderson, hereby certify that on April 24, 2015, I served, by first class mail, a full and true copy of the foregoing Motion on the following by causing a copy thereof to be placed in a sealed envelope, postage prepaid, addressed as shown below, in the U.S. Mail at Portland, Oregon:

**NONE**

Additionally, I certify that on April 24, 2015, a full and true copy of the foregoing Motion was serviced on the following recipients electronically via ECF:

- OREN B HAKER    obhaker@stoel.com, docketclerk@stoel.com;cejordan@stoel.com;aepeterson-meier@stoel.com;jason.abrams@stoel.com
- NICHOLAS J HENDERSON    nhenderson@portlaw.com, csturgeon@portlaw.com;tsexton@portlaw.com;atrauman@portlaw.com
- WENDELL G KUSNERUS    wendellkusnerus@dwt.com, lizcarter@dwt.com;pdxdocket@dwt.com
- ERIC D. LANSVERK    edl@hcmp.com
- JAMES P LAURICK    jlaurick@kilmerlaw.com, tparcell@kilmerlaw.com
- JUSTIN D LEONARD    jleonard@LLG-LLC.com, ecf@ml-llp.com;jleonard@pacernotice.com
- JEFFREY C MISLEY    jeffm@sussmanshank.com, ecf.jeffrey.misley@sussmanshank.com
- TERESA H PEARSON    teresa.pearson@millernash.com, lisa.conrad@millernash.com;brenda.hale@millernash.com
- ALEX I POUST    apoust@schwabe.com, docket@schwabe.com;ecfpdx@schwabe.com
- AMIT D RANADE    adr@hcmp.com, bankruptcy@hcmp.com;rar@hcmp.com;kcb@hcmp.com
- JOSEPH A SAKAY    bankruptcy@hcmp.com, joe.sakay@hcmp.com;Kelly.brown@hcmp.com
- BRADFORD J SANDLER    bsandler@pszjlaw.com
- US Trustee, Portland    USTPRegion18.PL.ECF@usdoj.gov
- CAROLYN G WADE    carolyn.g.wade@doj.state.or.us
- BRITTA E WARREN    bew@bhlaw.com, hkt@bhlaw.com

Dated: <u>April 24, 2015.</u>            <u>/s/ Nicholas J. Henderson</u>
                                          Nicholas J. Henderson