Nicholas J. Henderson, OSB#074027
nhenderson@portlaw.com
Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 200
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0528

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Evergreen Vintage Aircraft, Inc.<br><br>Debtor. | Case No. 14-36770-rld11<br><br>SUPPLEMENTAL NOTICE REGARDING: (1) DEBTOR'S MOTION AND NOTICE OF INTENT TO SETTLE AND COMPROMISE, AND (2) DEBTOR'S NOTICE OF INTENT TO SELL REAL OR PERSONAL PROPERTY, COMPENSATE REAL ESTATE BROKER, AND/OR PAY ANY SECURED CREDITOR'S FEES AND COSTS; MOTION FOR AUTHORITY TO SELL PROPERTY FREE AND CLEAR OF LIENS |

Evergreen Vintage Aircraft, Inc. (the "Debtor"), hereby provides the following supplemental disclosures in response to a request by the Office of the United States Trustee, regarding the Debtor's Motion and Notice of Intent to Settle and Compromise Pursuant to FRBP 9019 (the "Settlement Motion") [Docket No. 71] and the Notice of Intent to Sell Real or Personal Property, Compensate Real Estate Broker, and/or Pay any Secured Creditor's Fees and Costs; Motion For Authority to Sell Property Free and Clear of Liens; and Notice Of Hearing (the "Sale Motion") [Docket No. 75].

PAGE 1- SUPPLEMENTAL NOTICE IN SUPPORT OF SALE AND SETTLEMENT MOTIONS

Motschenbacher & Blattner, LLP
117 SW Taylor Street, Suite 200
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 14-36770-rld11    Doc 80    Filed 05/08/15

**1. Supplemental Disclosure Regarding Identity of Buyers**

The terms of the Sale Motion and the Settlement Motion were negotiated in the context of judicial settlement conferences mediated by the Honorable Elizabeth L. Perris. In the Sale Motion, the Debtor proposes to sell all of its assets to multiple parties as described in the Settlement Motion. The Settlement Motion and the Term Sheet attached thereto states that the proposed purchaser of the Debtor's assets is "CF & Associates" or "CFA" (the "Purchasers"). The Purchasers consist of three parties:

1) The Collings Foundation ("Collings");

2) George Schott ("Schott"); and

3) Evergreen Aviation and Space Museum and the Captain Michael King Smith Educational Institute (the "Museum").

As of the date of this notice, the Debtor is unaware of how the purchase price and the purchased assets will be allocated between the Purchasers.

Neither Collings nor Schott have any relation to the Debtor. The Museum is currently the Debtor's tenant under a month to month lease for $10,000 per month.

**2. Supplemental Disclosures Regarding LBF 363 Requirements.**

The following is a supplemental summary of the terms of the sale transaction contemplated by the Sale Motion and Settlement Motion, to include information required to be highlighted in accordance with local rules and guidelines.

| | |
|---|---|
| Purchase Price | $22,000,000 |
| Assets to be Acquired | Substantially all property of the Debtor, including but not limited to: 1) Debtor's real property located at 490-500 NE Captain Michael King Smith Way, McMinnville, OR 97128; See attached legal description; 2) 24 aircraft described on Schedule 1 to Docket 71; and 3) potentially 1 additional aircraft described on Schedule 2 to Docket No. 71. |

PAGE 2- SUPPLEMENTAL NOTICE IN SUPPORT OF SALE AND SETTLEMENT MOTIONS

**Motschenbacher & Blattner, LLP**
117 SW Taylor Street, Suite 200
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 14-36770-rld11    Doc 80    Filed 05/08/15

| | | |
|---|---|---|
| Excluded Assets | | N/A |
| Assumed Liabilities | | N/A |
| Excluded Liabilities: | | The Purchasers will not assume any liabilities of the Debtor. |
| Assumption and Assignment of Executory Contracts | | N/A |
| Closing Conditions | | The conditions for closing are set forth on pages 10 and 15 of Exhibit 1 to the Settlement Motion. Such conditions include the CFA parties providing proof of funds, the absence of a bankruptcy filing by either Ventures Acquisition Company, LLC or Ventures Holdings, Inc., approval of the sale and settlement terms by the Museum's Board of Directors (which occurred on April 24, 2015), and entry of an order approving both the Settlement Motion and the Sale Motion. |
| Expense Reimbursement | | N/A |
| Sale to Insider: | | None of the Purchasers are insiders as defined in Bankruptcy Code § 101(31). |
| Sale Free and Clear: | | The sale will be free and clear of all liens, encumbrances and interests. |
| Liens: | | There are three secured creditors, as follows: (1) Yamhill County Tax Assessor; (2) Umpqua Bank; and (3) World Fuel Services, Inc. (collectively, the "Secured Creditors"). The estimated total of amounts owed on the liens is $52,500,000. The sale is permitted pursuant to § 363(f)(2),(4) and (5). |
| Agreements with Management; Releases and Insider Benefits: | | N/A |
| Closing Deadlines and Contingencies: | | Closing is to occur by mid-June, 2015. There are no financing contingencies for the Purchasers' obligation to close. |
| Good Faith Deposit: | | None. |
| Interim Agreement With Proposed Buyer: | | N/A |
| Use of Proceeds: | | Pages 2 and 3 of Exhibit 1 to the Settlement Motion describe the proposed distribution of proceeds from the sale. |

PAGE 3- SUPPLEMENTAL NOTICE IN SUPPORT OF SALE AND SETTLEMENT MOTIONS

**Motschenbacher & Blattner, LLP**
117 SW Taylor Street, Suite 200
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 14-36770-rld11    Doc 80    Filed 05/08/15

| | | |
|---|---|---|
| Record Retention: | | After the sale, Debtor will have access to books and records as necessary to administer the Chapter 11 case and file final returns, as appropriate. |
| Sale of Avoidance Actions: | | The sale does not include the sale of any avoidance claims under Chapter 5 of the Bankruptcy Code. However, claims against parties, including potential avoidance actions, are being released in the related Settlement Motion in exchange for the proceeds from the proposed sale and for other consideration. |
| Requested Findings as to Successor Liability: | | The Settlement Motion and the Sale Motion do not request specific findings regarding successor liability. |
| Credit Bidding: | | The motion does not seek to limit credit bidding under § 363. |
| Standard for Approval: | | The motion seeks approval of the proposed sale pursuant to the business judgment standard and best interests of the estate standard. |
| Relief from Bankruptcy Rule 6004(h): | | The Sale Motion requests relief from Bankruptcy Rule 6004(h). |
| Solicitation Process: | | Notice of the proposed sale and settlement has been given to all creditors and parties in interest. |

DATED: May 8, 2015

MOTSCHENBACHER & BLATTNER, LLP

By:/s/ Nicholas J. Henderson
    Nicholas J. Henderson, OSB No. 074027
    nhenderson@portlaw.com
117 SW Taylor Street, Suite 200
Portland, OR 97204
Telephone: (503) 417-0500
Facsimile: (503) 417-0501
Attorney for Debtor

PAGE 4- SUPPLEMENTAL NOTICE IN SUPPORT OF SALE AND SETTLEMENT MOTIONS

Motschenbacher & Blattner, LLP
117 SW Taylor Street, Suite 200
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 14-36770-rld11    Doc 80    Filed 05/08/15

# CERTIFICATE OF SERVICE

I, Nicholas J. Henderson, hereby certify that on May 8, 2015, I served, by first class mail, a full and true copy of the foregoing Supplemental Notice on Support of Sale and Settlement Motions on the following by causing a copy thereof to be placed in a sealed envelope, postage prepaid, addressed as shown below, in the U.S. Mail at Portland, Oregon, and to all parties on the attached **Exhibit "A."**

Parties served in addition to those listed on the attached **Exhibit "A"**:

**Yamhill County Tax Assessor**
**c/o Scott Maytubby, County Assessor**
**535 NE 5th St. Room 42**
**McMinnville, OR 97128**

**Umpqua Bank**
**c/o Raymond P. Davis, President**
**445 SE main Street**
**Roseberg, OR 97470**
**(via Certified Mail, Return Receipt Requested)**

**World Fuel Services, Inc.**
**c/o CT Corp. System, Reg. Agent**
**388 State Street, Suite 420**
**Salem, OR 97301**

Dated: May 8, 2015.         /s/ Nicholas J. Henderson
                            Nicholas J. Henderson

PAGE  5-  SUPPLEMENTAL NOTICE IN SUPPORT OF
SALE AND SETTLEMENT MOTIONS

Motschenbacher & Blattner, LLP
117 SW Taylor Street, Suite 200
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 14-36770-rld11    Doc 80    Filed 05/08/15

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0979-3<br>Case 14-36770-rld11<br>District of Oregon<br>Portland<br>Fri May  8 17:05:54 PDT 2015 | Alfred T. Giuliano, Ch. 7 Trustee<br>Pachulski Stang Ziehl & Jones, LLP<br>Attn:Bradford J. Sandler, John A. Morris<br>919 North Market St., 17th Floor<br>Wilmington, DE 19801-3034 | CT Corp.<br>388 State Street<br>Suite 420<br>Salem, OR 97301-3581 |
| CT Corp.<br>PO Box 4349<br>Carol Stream, IL 60197-4349 | Delford M. Smith<br>1271 NE Hwy 99W<br>PMB 502<br>McMinnville, OR 97128-2720 | Egan Gardens<br>9805 River Rd.<br>Salem, OR 97303-9737 |
| Egan Gardens<br>c/o Ellen Egan, Reg. Agent<br>2245 Ferry St. NE<br>Salem, OR 97303 | Elizabeth Schwartz<br>6312 SW Capitol Hwy, #175<br>Portland, OR 97239-1938 | Evergreen Helicopters, Inc.<br>Alex I. Poust<br>1211 SW 5th Avenue, Suite 1900<br>Portland, OR 97204-3719 |
| Evergreen Vintage Aircraft, Inc.<br>1271 NE Hwy 99W, PMB 502<br>McMinnville, OR 97128-2720 | OREN B HAKER<br>900 SW 5th Ave #2600<br>Portland, OR 97204-1229 | NICHOLAS J HENDERSON<br>117 SW Taylor St #200<br>Portland, OR 97204-3029 |
| IMAX Corporation<br>2525 Speakman Drive<br>Mississauga, ONT L5K 1B1<br>CANADA | IRS<br>PO Box 7346<br>Philadelphia PA 19101-7346 | James P. Laurick<br>Kilmer Voorhees & Laurick, PC<br>732 NW 19th Ave.<br>Portland, OR 97209-1302 |
| WENDELL G KUSNERUS<br> Davis Wright Tremaine LLP<br>1300 SW 5th Ave #2400<br>Portland, OR 97201-5682 | ERIC D. LANSVERK<br>Hillis Clark Martin & Peterson<br>1221 Second Avenue, Suite 500<br>Seattle, WA 98101-2925 | JAMES P LAURICK<br>732 NW 19th Ave<br>Portland, OR 97209-1302 |
| JUSTIN D LEONARD<br>111 SW Columbia #1100<br>Portland, OR 97201-5865 | JEFFREY C MISLEY<br>1000 SW Broadway #1400<br>Portland, OR 97205-3066 | Miller Nash<br>PO Box 3585<br>Portland, OR 97208-3585 |
| Miller Nash Graham & Dunn LLP<br>c/o Teresa H. Pearson<br>111 SW Fifth Avenue, #3400<br>Portland, OR 97204-3614 | Oregon Secretary of State<br>255 Capitol St., NE<br>Salem, OR 97310-1389 | TERESA H PEARSON<br>Miller Nash Graham & Dunn LLP<br>111 SW 5TH AVE #3400<br>PORTLAND, OR 97204-3614 |
| ALEX I POUST<br>1211 SW 5th Ave #1600-1900<br>Portland, OR 97204-3735 | Pacific Coast Bankers' Bank<br>c/o Wendell Kusnerus<br>Davis Wright Tremaine LLP<br>1300 SW Fifth Avenue, Suite 2400<br>Portland, OR 97201-5682 | Peter J. Keane<br>Alfred T. Giuliano, Ch. 7 Trustee for Ev<br>Giuliano, Miller & Co., LLC<br>140 Bradford Drive,<br>West Berlin, NJ 08091-9216 |
| AMIT D RANADE<br>Hillis Clark Martin & Peterson P.S.<br>1221 2nd Ave #500<br>Seattle, WA 98101-2925 | JOSEPH A SAKAY<br>1221 2nd Ave #500<br>Seattle, WA 98101-2989 | BRADFORD J SANDLER<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street<br>17th Floor<br>Wilmington, DE 19801-3034 |

Exhibit A - Page 1 of 2

Case 14-36770-rld11    Doc 80    Filed 05/08/15

| | | |
|---|---|---|
| TROY SEXTON<br>Motschenbacher & Blattner LLP<br>117 SW Taylor St<br>Suite 200<br>Portland, OR 97204-3029 | The Delford M. Smith Revocable Trust<br>1271 NE Hwy 99W<br>PMB 502<br>McMinnville, OR 97128-2720 | US Trustee, Portland<br>620 SW Main St #213<br>Portland, OR 97205-3026 |
| Umpqua Bank<br>c/o Joseph A.G. Sakay<br>1221 Second Avenue<br>Suite 500<br>Seattle, WA 98101-2989 | Umpqua Bank<br>Hillis Clark Martin & Peterson<br>Attn: Joseph A.G. Sakay<br>1221 Second Avenue, Suite 500<br>Seattle, WA 98101-2925 | Umpqua Bank<br>PO Box 1820<br>Roseburg, OR 97470-0417 |
| Ventures Acquisition Company, LLC<br>1271 NE Hwy 99W<br>PMB 502<br>McMinnville, OR 97128-2720 | Ventures Holdings, Inc.<br>1271 NE Hwy 99W<br>PMB 502<br>McMinnville, OR 97128-2720 | CAROLYN G WADE<br>Dept of Justice/Civil Enforce/Recovery<br>1162 Court St NE<br>Salem, OR 97301-4096 |
| BRITTA E WARREN<br>Black Helterline LLP<br>805 S.W. Broadway<br>Suite 1900<br>Portland, OR 97205-3359 | World Fuel Services, Inc.<br>9800 NW 4th Street, Suite 400<br>Miami, FL 33178 | World Fuel Services, Inc.<br>James P Laurick, Kilmer, Voorhees<br>732 NW 19th Ave<br>Portland, OR 97209-1302 |
| Yamhill County Tax Assessor<br>535 NE 5th Street<br>Room 42<br>McMinnville, OR 97128-4504 | Yamhill County Tax Collector<br>c/o Jeffrey C. Misley<br>Sussman Shank LLP<br>1000 SW Broadway, Suite 1400<br>Portland, OR 97205-3089 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Alfred T. Giuliano, Chapter 7 Trustee for | (u)Erickson Helicopters, Inc. fka Evergreen H | (u)Evergreen Aviation and Space Museum and th |
| (u)Glen Del, LLC | (u)Steven Maier | (u)Miller Nash LLP |
| (u)State of Oregon, Department of Justice | (u)Tina Stanley, as Trustee for the Grace Cat | (u)World Fuel Services, Inc. |
| (u)Yamhill County | End of Label Matrix<br>Mailable recipients    43<br>Bypassed recipients    10<br>Total                  53 | |