| | | |
|---|---|---|
| 05/19/2015 | TUESDAY | Judge Randall L. Dunn |
| 1:30 PM 14-36770 rld 11 bk | Evergreen Vintage Aircraft, Inc. | |

**Notice of Intent to Sell Real or Personal Property at Private Sale, Compensate Real Estate Broker, and/or Pay any Secured Creditor s Fees and Costs; Motion for Authority to Sell Property Free and Clear of Liens; Filed By Debtor Evergreen Vintage Aircraft, Inc. (HENDERSON, NICHOLAS) (75)**

**Notice of Intent and Motion to Settle and Compromise Pursuant to FRBP 9019. Purchase and Sale Agreement (Exhibit C). Filed under seal. (71)**

Evergreen Vintage Aircraft, Inc. - NICHOLAS J HENDERSON
US Trustee, Portland - ust

*Sign-in sheet attached*

Evidentiary Hearing:   Yes: ☐   No: ☑

The above (2) motions are set over pending resolution of a final evidentiary hearing on Thursday, May 28th @ 1:30 pm in courtroom #3.

Issues set for hearing are (1) authorization of the sale under 363f; (2) valuation of the subject aircraft.

Documents + appraisal reports due no later than Tuesday, May 26th.

Order to be prepared by: ☐ Clerk's Office  ☐ Chamber  ☐

DOCKET ENTRY:

Run Date:   05/19/15

In Re: ) Case # 14-36770-rld11
Evergreen Vintage Aircraft, Inc. )
)
)
)
Debtor

## List of Persons Attending

Date of Hearing 5-19-15

| PRINT YOUR NAME | PRINT NAME OF BUSINESS OR PERSON YOU REPRESENT |
|---|---|
| Nicholas Henderson | Debtor |
| Troy Sexton | Debtor |
| Lisa Anderson | Debtor |
| Oren Haker | Glen Del, Maria Stemley Smith |
| Joe Sakay | Umpqua Bank, Tina Stemley |
| Graham Switzer | World Fuel Services, Inc |
| Jeff Misley | Yamhill County |
| Justin Leonard | Museum |
| Wendell Kusnerus | PCBB |
| Eric Lansverk | Umpqua Bank |