**James P. Laurick, OSB # 821530**
jlaurick@kilmerlaw.com
**Graham M. Sweitzer, OSB #025866**
gsweitzer@kilmerlaw.com
Kilmer, Voorhees & Laurick, P.C.
Attorneys at Law
732 NW 19th Avenue
Portland, Oregon 97209-1302
Telephone: (503) 224-0055
Fax: (503) 222-5290

OF ATTORNEYS FOR CREDITOR
WORLD FUEL SERVICES, INC.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re: | Case No. 14-36770-rld11 |
| EVERGREEN VINTAGE AIRCRAFT, INC., | Chapter 11 |
| Debtor. | **WORLD FUEL'S REQUEST FOR EXPEDITED HEARING ON THE SUBJECT OF THE VALUATION OF THE DEHAVILLAND AIRPLANE** |
| | **Oral Argument Requested** |

     Pursuant to LBR 7007-1(c), World Fuel Services, Inc. ("World Fuel") hereby requests an expedited hearing for consideration of its motion to postpone the valuation hearing scheduled for May 28, 2015, at 1:30 p.m. The need for the expedited consideration is the unavailability of the chief appraiser due to a serious illness and the current unavailability of an alternative appraiser. World Fuel is working diligently to make alternative arrangements regarding an appraiser.

/ / /

/ / /

Page 1 -   **WORLD FUEL'S REQUEST FOR EXPEDITED HEARING ON THE SUBJECT OF THE VALUATION OF THE DEHAVILLAND AIRPLANE**

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290

Case 14-36770-rld11    Doc 95    Filed 05/27/15

1  In addition, the intervening holiday on Memorial Day limited the availability of contacts

2  for appraisers.  There are few vintage aircraft appraisers available in the country.

3  DATED: May 27, 2015.

4  KILMER, VOORHEES & LAURICK, P.C.

6  */s/ James P. Laurick*
James P. Laurick, OSB # 821530
7  732 NW 19th Avenue, Portland, OR  97209
jlaurick@kilmerlaw.com
8  Phone No.:  503-224-0055
Fax No.:  503-222-5290
9  Of Attorneys for Creditor World Fuel Services, Inc.

Page 2 -  **WORLD FUEL'S REQUEST FOR EXPEDITED HEARING ON THE SUBJECT OF THE VALUATION OF THE DEHAVILLAND AIRPLANE**

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON  97209-1302
(503) 224-0055 · FAX (503) 222-5290

Case 14-36770-rld11    Doc 95    Filed 05/27/15

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I certify that on this 27th day of May, 2015, the foregoing **WORLD FUEL'S REQUEST** |
| 3 | **FOR EXPEDITED HEARING ON THE SUBJECT OF THE VALUATION OF THE** |
| 4 | **DEHAVILLAND AIRPLANE** will be served in accordance with the Court's CM/ECF system |
| 5 | which will send notification of such filing by notice via email to the ECF participants of record a |
| 6 | true copy of the foregoing document. |
| 7 | |
| 8 | KILMER, VOORHEES & LAURICK, P.C. |

*/s/ James P. Laurick*
James P. Laurick, OSB # 821530
732 NW 19th Avenue, Portland, OR 97209
jlaurick@kilmerlaw.com
Phone No.: 503-224-0055
Fax No.: 503-222-5290
Of Attorneys for Creditor **World Fuel Services, Inc.**
I:\10213\0001\Pleadings\BK EVERGREEN VINTAGE\Request for Expedited Hearing.doc

Page 1 - **CERTIFICATE OF SERVICE**

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290