| | |
|---|---|
| HILLIS CLARK MARTIN & PETERSON P.S.<br>1221 Second Avenue, Suite 500<br>Seattle, Washington 98101-2925<br>Telephone: (206) 623-1745<br>Facsimile: (206) 623-7789 | Hon. Randall L. Dunn<br>Chapter: 11<br>Location: Portland |

Attorneys for Secured Creditor
Umpqua Bank

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON
AT PORTLAND

| | |
|---|---|
| In re:<br><br>EVERGREEN VINTAGE AIRCRAFT, INC.,<br><br>Debtor. | No.: 14-36770-rld11<br><br>**OBJECTION TO WORLD FUEL'S MOTION TO POSTPONE VALUATION HEARING** |

## I. INTRODUCTION

Less than 24 hours before the valuation hearing in this matter, World Fuel requests a postponement. The basis for World Fuel's request is meritless, and is little more than an attempt to delay Debtor from entering into a reasonable settlement agreement.

World Fuel's motion should be denied, and the hearing should proceed as scheduled. Any postponement would jeopardize the proposed settlement.

## II. ARGUMENT

From the time that World Fuel asserted its claims in this bankruptcy, it has known that it will need competent evidence to support its claimed value for the DeHavilland DH-4 airplane. At the May 19 hearing, the Court set a May 28 valuation hearing, putting the parties on notice that they need admissible evidence about the aircraft's value.

*Objection To World Fuel's Motion To Postpone Valuation Hearing* - 1

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

Case 14-36770-rld11    Doc 96    Filed 05/27/15

Less than one day before that scheduled hearing, World Fuel now asks for a postponement (without identifying a new proposed date). It does so on the basis that the appraiser who conducted an appraisal three years ago for another entity has pneumonia. Tellingly, World Fuel does not state whether it has in fact retained Mr. Dufour. Indeed, it does not provide any evidence that it has even *spoken* to Mr. Dufour, or that he or his firm (or any other firm) is willing to testify for World Fuel.

In addition to being untimely and a result of its own neglect, World Fuel's request for a postponement is futile. Debtor will present testimony by Gordon Page of Air Assets International, who reviewed the aircraft and conducted a thorough appraisal before arriving at a $525,000 liquidation value. If World Fuel was able to retain Mr. Dufour to testify, the basis of his testimony would be the proffered appraisal. Yet Mr. Dufour admits that he has never even *inspected* the DeHavilland. (ECF 94 Ex. 1 at 14) ("The aircraft asset, which is the subject of this appraisal, was not physically inspected (audited) by AMC\Value$ for physical existence, condition, conformity, specific characteristics, verification of installed equipment, or quality determination.")

As a result, Mr. Dufour's appraisal is based on so many erroneous assumptions, some of which are summarized below, that it is worthless:

- The 2012 appraisal assumes that the DeHavilland is airworthy. It is not.

- The 2012 appraisal is stale: as Mr. Dufour states, "prices are negatively impacted when an aircraft has been out-of-service for prolonged periods." (ECF 94 Ex. 1 at 19.)

- Mr. Dufour describes the highest and best use as "an airworthy and operating corporate / executive / VIP configured aircraft which is in compliance with all United States civil aviation regulations." (*Id.* at 14.) Yet the appraisal admits that the aircraft is not "in compliance with all United States civil aviation regulations". The aircraft is a 97-years old single-seat, open-cockpit with a top speed of 128 MPH and range of 400 miles and is not fit for a corporate jet.

- The 2012 appraisal claims that the value of the aircraft is over four and one-half times the value of the last DH-4 sold on the open market.

*Objection To World Fuel's Motion To Postpone Valuation Hearing* - 2

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

Case 14-36770-rld11    Doc 96    Filed 05/27/15

Accordingly, even if World Fuel were to retain Mr. Dufour and have him testify, there is no reason to believe that the DeHavilland's value is any greater than the $525,000 liquidation value to which Mr. Page will testify.

Conversely, any additional delay jeopardizes the settlement carefully crafted by Judge Perris over three long days of mediation. It is essential that the transactions contemplated by the settlement fund and close before the end of the second quarter 2015. The delay suggested by World Fuel hampers such a timely closing, which may speak to its actual motivation for its motion.

### III.  CONCLUSION

World Fuel's failure to obtain an appraiser is a result of its own neglect. World Fuel's Motion should be denied, and the valuation hearing should proceed as scheduled.

DATED May 27, 2015.

HILLIS CLARK MARTIN & PETERSON P.S.

By */s/Joseph A.G. Sakay*
Joseph A.G. Sakay, OSB #021734
Brian C. Free, OSB #142077
Eric D. Lansverk, OSB #144700
Hillis Clark Martin & Peterson P.S.
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Tel.: (206) 623-1745 Fax: (206) 623-7789
E-Mail: joe.sakay@hcmp.com;
brian.free@hcmp.com; eric.lansverk@hcmp.com
Attorneys for Umpqua Bank

*Objection To World Fuel's Motion To Postpone Valuation Hearing* - 3

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue,  Suite 500
Seattle, Washington  98101
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

Case 14-36770-rld11    Doc 96    Filed 05/27/15

| | | |
|---|---|---|
| 1 | HILLIS CLARK MARTIN & PETERSON P.S. | Hon. Randall L. Dunn |
| 2 | 1221 Second Avenue, Suite 500 | Chapter 11 Proceeding |
| | Seattle, Washington 98101-2925 | Location: Portland |
| 3 | Telephone: (206) 623-1745 | |
| | Facsimile: (206) 623-7789 | |

Attorneys for Secured Creditor
Umpqua Bank

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

In re:

EVERGREEN VINTAGE AIRCRAFT, INC.,

,

Debtor.

Case No. 14-36770-rld11

**CERTIFICATE OF SERVICE**

I hereby certify that on 27th day of May, 2015, I electronically filed the Objection of Umpqua Bank to World Fuel's Motion to Postpone Valuation Hearing and this Certificate of service with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- Nicholas J. Henderson nhenderson@portlaw.com; csturgeon@portlaw.com; tsexton@portlaw.com; atrauman@portlaw.com
- Wendell G. Kusnerus wendellkusnerus@dwt.com; lizcarter@dwt.com; pdxdocket@dwt.com
- James P. Laurick jlaurick@kilmerlaw.com; tparcell@kilmerlaw.com
- Justin Leonard jleonard@LLC-LLC.com; ecf@ml-llp.com; jleonard@pacernotice.com
- Jeffrey C. Misley jeffm@sussmanshank.com;

*Certificate of Service-* 1

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

Case 14-36770-rld11    Doc 96    Filed 05/27/15

1. ecf.jeffrey.misley@sussmanshank.com
- Teresa H. Pearson teresa.pearson@millernash.com; lisa.conrad@millernash.com; brenda.hale@millernash.com
- Alex I Poust apoust@schwabe.com; docket@schwabe.com; ecfpdx@schwabe.com
- Bradford J. Sandler bsandler@pszjlaw.com
- Troy Sexton tsexton @portlaw.com; nhenderson@portlaw.com; csturgeon@portlaw.com; mmyers@portlaw.com
- Carolyn G. Wade carolyn.g.wade@doj.state.or.us
- Britta E. Warren bew@bhlaw.com; hkt@bhlaw.com
- US Trustee, Portland USTPRegion18.PL.ECF@usdoj.gov

DATED May 28, 2015 at Seattle, Washington.

    */s/Joseph A.G. Sakay*
Joseph A.G. Sakay, OSB No.
HILLIS CLARK MARTIN & PETERSON, P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
Attorneys for Umpqua Bank

ND: 20411.005 4837-7262-9284v1

*Certificate of Service* - 2

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101
Telephone: (206) 623-1745
Facsimile: (206) 623-7789