**Nicholas J. Henderson, OSB No. 074027**
Motschenbacher & Blattner, LLP
117 SW Taylor Street, Suite 200
Portland, OR 97204
Telephone: (503) 417-0500
Facsimile: (503) 417-0501
Email: nhenderson@portlaw.com

Attorneys for Debtor Evergreen Vintage Aircraft, Inc.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re:

EVERGREEN VINTAGE AIRCRAFT, INC.

Debtor.

Case No. 14-36770-rld11

NOTICE OF INTENT TO TRANSFER

Debtor Evergreen Vintage Aircraft, Inc., hereby provides notice that it intends to transfer its interest in the Beech Bonanza 35, D-1111 with registration number N3870N (the "Aircraft") to the Evergreen Aviation and Space Museum and The Captain Michael King Smith Education Institute (the "Museum") twenty one (21) days after the service date below.

Details of the transfers are as follows:

1. On June 15, 2015, the Court entered an Order Approving (1) Proposed Global Settlement; and (2) Sale of Debtor's Real and Personal Property Free & Clear of Liens (See Docket #118).

2. During closing of the transaction approved by the Court's Order, it was discovered that the Federal Aviation Administration's (the "FAA") registration records indicate that Debtor is the registered owner of the Aircraft.

Page 1 – NOTICE OF INTENT TO TRANSFER

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 200
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 14-36770-rld11    Doc 125    Filed 07/14/15

3. The Aircraft was donated to the Museum on or about March 30, 2010 by Joe Koller, Jr. At that time, the Museum delivered to Mr. Koller a receipt acknowledging the donation of the Aircraft.

4. After the transfer to the Museum, a Bill of Sale listing the Debtor as owner of the Aircraft was erroneously recorded with the FAA.

5. The Debtor has always understood the Aircraft to be legally owned by the Museum. The Debtor holds no beneficial title, and apparently, based on the FAA records, holds bare legal title as a result of an erroneous filing with the FAA.

6. In order to correct the FAA records to reflect the true ownership of the Aircraft, the Debtor intends to transfer its interest in the Aircraft to the Museum twenty one (21) days after the date of this notice.

**YOU ARE FURTHER NOTIFIED that unless you file an objection to this notice no later than 21 days after the service date, and set forth the specific grounds for the objection and your relation to the case, with the clerk of the court at 1001 SW Fifth Avenue, Suite 700, Portland, OR 97204, the undersigned will proceed to take the proposed action, or apply for an order if required, without further notice or a hearing.**

MOTSCHENBACHER & BLATTNER, LLP

Dated: July 14, 2015

/s/ Nicholas J. Henderson
Nicholas J. Henderson
nhenderson@portlaw.com
Telephone: (503) 417-0500
Facsimile: (503) 417-0501
Attorneys for Debtor

Page 2 – NOTICE OF INTENT TO TRANSFER

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 200
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 14-36770-rld11    Doc 125    Filed 07/14/15

| | |
|---|---|
| 1 | **Nicholas J. Henderson, OSB#074027** |
| | nhenderson@portlaw.com |
| 2 | Motschenbacher & Blattner, LLP |
| | 117 SW Taylor St., Suite 200 |
| 3 | Portland, OR 97204 |
| | Telephone: (503) 417-0508 |
| 4 | Facsimile: (503) 417-0528 |

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re: | Case No. 14-36770-rld11 |
| EVERGREEN VINTAGE AIRCRAFT, INC. | **CERTIFICATE OF SERVICE** |
| Debtor. | |

I, Nicholas J. Henderson, hereby certify that on July 14, 2015, a full and true copy of the foregoing **NOTICE OF INTENT TO TRANSFER** was served on all ECF Registered Parties, and on all parties on the attached Exhibit "A" by causing a copy thereof to be placed in a sealed envelope, postage prepaid in the U.S. Mail at Portland, Oregon at their respective addresses as listed on the attached Exhibit "A."

Dated: July 14, 2015.       /s/ Nicholas J. Henderson
                            Nicholas J. Henderson

PAGE 1- CERTIFICATE OF SERVICE

MOTSCHENBACHER & BLATTNER, LLP
117 SW Taylor Street, Suite 200
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 14-36770-rld11    Doc 125    Filed 07/14/15

Label Matrix for local noticing
0979-3
Case 14-36770-rld11
District of Oregon
Portland
Tue Jul 14 15:48:10 PDT 2015

Alfred T. Giuliano, Ch. 7 Trustee
Pachulski Stang Ziehl & Jones, LLP
Attn:Bradford J. Sandler, John A. Morris
919 North Market St., 17th Floor
Wilmington, DE 19801-3034

CT Corp.
388 State Street
Suite 420
Salem, OR 97301-3581

CT Corp.
PO Box 4349
Carol Stream, IL 60197-4349

Delford M. Smith
1271 NE Hwy 99W
PMB 502
McMinnville, OR 97128-2720

Egan Gardens
9805 River Rd.
Salem, OR 97303-9737

Egan Gardens
c/o Ellen Egan, Reg. Agent
2245 Ferry St. NE
Salem, OR 97303

Elizabeth Schwartz
6312 SW Capitol Hwy, #175
Portland, OR 97239-1938

Evergreen Helicopters, Inc.
Alex I. Poust
1211 SW 5th Avenue, Suite 1900
Portland, OR 97204-3719

Evergreen Vintage Aircraft, Inc.
1271 NE Hwy 99W, PMB 502
McMinnville, OR 97128-2720

OREN B HAKER
900 SW 5th Ave #2600
Portland, OR 97204-1229

NICHOLAS J HENDERSON
117 SW Taylor St #200
Portland, OR 97204-3029

IMAX Corporation
2525 Speakman Drive
Mississauga, ONT L5K 1B1
CANADA

IRS
PO Box 7346
Philadelphia PA 19101-7346

James P. Laurick
Kilmer Voorhees & Laurick, PC
732 NW 19th Ave.
Portland, OR 97209-1302

WENDELL G KUSNERUS
 Davis Wright Tremaine LLP
1300 SW 5th Ave #2400
Portland, OR 97201-5682

ERIC D. LANSVERK
Hillis Clark Martin & Peterson
1221 Second Avenue, Suite 500
Seattle, WA 98101-2925

JAMES P LAURICK
732 NW 19th Ave
Portland, OR 97209-1302

JUSTIN D LEONARD
1 SW Columbia #1010
Portland, OR 97258-2024

JEFFREY C MISLEY
1000 SW Broadway #1400
Portland, OR 97205-3066

Miller Nash
PO Box 3585
Portland, OR 97208-3585

Miller Nash Graham & Dunn LLP
c/o Teresa H. Pearson
111 SW Fifth Avenue, #3400
Portland, OR 97204-3614

Oregon Secretary of State
255 Capitol St., NE
Salem, OR 97310-1389

TERESA H PEARSON
Miller Nash Graham & Dunn LLP
111 SW 5TH AVE #3400
PORTLAND, OR 97204-3614

ALEX I POUST
1211 SW 5th Ave #1600-1900
Portland, OR 97204-3735

Pacific Coast Bankers' Bank
c/o Wendell Kusnerus
Davis Wright Tremaine LLP
1300 SW Fifth Avenue, Suite 2400
Portland, OR 97201-5682

Peter J. Keane
Alfred T. Giuliano, Ch. 7 Trustee for Ev
Giuliano, Miller & Co., LLC
140 Bradford Drive,
West Berlin, NJ 08091-9216

AMIT D RANADE
Hillis Clark Martin & Peterson P.S.
1221 2nd Ave #500
Seattle, WA 98101-2925

JOSEPH A SAKAY
1221 2nd Ave #500
Seattle, WA 98101-2989

BRADFORD J SANDLER
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street
17th Floor
Wilmington, DE 19801-3034

Exhibit A - Page 1 of 2

| | | |
|---|---|---|
| TROY SEXTON<br>Motschenbacher & Blattner LLP<br>117 SW Taylor St<br>Suite 200<br>Portland, OR 97204-3029 | GRAHAM M SWEITZER<br>732 NW 19th Ave<br>Portland, OR 97209-1302 | The Delford M. Smith Revocable Trust<br>1271 NE Hwy 99W<br>PMB 502<br>McMinnville, OR 97128-2720 |
| US Trustee, Portland<br>620 SW Main St #213<br>Portland, OR 97205-3026 | Umpqua Bank<br>c/o Joseph A.G. Sakay<br>1221 Second Avenue<br>Suite 500<br>Seattle, WA 98101-2989 | Umpqua Bank<br>Hillis Clark Martin & Peterson<br>Attn: Joseph A.G. Sakay<br>1221 Second Avenue, Suite 500<br>Seattle, WA 98101-2925 |
| Umpqua Bank<br>PO Box 1820<br>Roseburg, OR 97470-0417 | Ventures Acquisition Company, LLC<br>1271 NE Hwy 99W<br>PMB 502<br>McMinnville, OR 97128-2720 | Ventures Holdings, Inc.<br>1271 NE Hwy 99W<br>PMB 502<br>McMinnville, OR 97128-2720 |
| CAROLYN G WADE<br>Dept of Justice/Civil Enforce/Recovery<br>1162 Court St NE<br>Salem, OR 97301-4096 | BRITTA E WARREN<br>Black Helterline LLP<br>805 S.W. Broadway<br>Suite 1900<br>Portland, OR 97205-3359 | World Fuel Services, Inc.<br>9800 NW 4th Street, Suite 400<br>Miami, FL 33178 |
| World Fuel Services, Inc.<br>James P Laurick, Kilmer, Voorhees<br>732 NW 19th Ave<br>Portland, OR 97209-1302 | Yamhill County Tax Assessor<br>535 NE 5th Street<br>Room 42<br>McMinnville, OR 97128-4504 | Yamhill County Tax Collector<br>c/o Jeffrey C. Misley<br>Sussman Shank LLP<br>1000 SW Broadway, Suite 1400<br>Portland, OR 97205-3089 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Alfred T. Giuliano, Chapter 7 Trustee for | (u)Erickson Helicopters, Inc. fka Evergreen H | (u)Evergreen Aviation and Space Museum and th |
| (u)Glen Del, LLC | (u)Steven Maier | (u)Miller Nash LLP |
| (u)Tina Saint Jane Stanley | (u)Maria Stanley Smith | (u)State of Oregon, Department of Justice |
| (u)Tina Stanley, as Trustee for the Grace Cat | (u)World Fuel Services, Inc. | (u)Yamhill County |