UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re: )
) Case No. _____
)
) CERTIFICATE REGARDING
) CIRCULATION OF
) DISCLOSURE STATEMENT
) AND PLAN OF
Debtor(s) ) REORGANIZATION

    1. I hereby certify that the proposed disclosure statement and plan of reorganization submitted for filing herewith were circulated to the following (list parties in interest who were served with the disclosure statement and plan):

    2. [Check appropriate box]

    There are no unresolved concerns about the disclosure statement and plan after circulation of these documents as specified by court order. In the event that there were objections or comments, revised documents were circulated and approved prior to a representation to the court that there are no unresolved concerns.

    Concerns expressed by the parties cannot be resolved by agreement. An explanation of the unresolved concerns is attached hereto.

_____  _____
Date        Signature of Debtor's Attorney        OSB #

    On _____ copies of this certificate were served on the parties identified in paragraph 1 above.

_____
Signature of Debtor's Attorney        OSB #

1165.5 (3/17/95)

In re: Evergreen Vintage Aircraft, Inc.
Case No. 14-36770-rld11

Summary of Remaining Concerns Expressed by Parties
Receiving Plan and Disclosure Statement

At this time, the majority of concerns expressed by parties in interest have been addressed and resolved, including the concerns of the United States Trustee. However, Alfred T. Giuliano, Chapter 7 Trustee for the affiliated Evergreen entities ("Giuliano") has raised a concern with the proposed Plan that is currently unresolved. Specifically, Mr. Giuliano has expressed concern that he believes the Plan unfairly discriminates among classes of general unsecured creditors.

Mr. Giuliano has indicated that there is no objection to the Disclosure Statement being conditionally approved, but an objection to confirmation of the Plan may be filed if the concern expressed is not resolved. The Debtor and Mr. Giuliano are working in good faith to resolve the concern expressed, and hope to have the concern resolved prior to the confirmation hearing.