11:00   14-36770 rld 11 bk    Evergreen Vintage Aircraft, Inc.

Motion and Notice of Intent to Settle and Compromise Adversary Proceeding 15-03078-rld, and Order Thereon (jbk) (153)

| | |
|---|---|
| Evergreen Vintage Aircraft, Inc. - | NICHOLAS J HENDERSON ✓ |
| Erickson Helicopters, Inc. fka | ~~ANDREW R ESCOBAR~~ |
| Glen Del, LLC - intp | ~~OREN B HAKER~~ |
| US Trustee, Portland - ust | Joseph Sakay |
| | Eric Lansverk |

15-3078-rld   Evergreen Vintage Aircraft, Inc vs. World Fuel Svcs, Inc.

Justin Leonard
Nicole Montesanto
(Register newspaper)

Evidentiary Hearing:   Yes: ☐   No: ☒

Mr. Henderson to upload an order for the signature of the Court.

Case Administrator will be notified to prepare an order conditionally approving the Disc Stmt + setting a Confirmation Hg.
Confirmation Hg on Wed. 1/27/16 at 10:00am, #3
Ballot Deadline + Obj to Disc Stmt and/or Plan is Friday, 1/15/16                              to obj
Debtor is required to submit responses by Wed. 1/20/16

Order to be prepared by: ☒ Clerk's Office  ☐ Chamber  ☐
DOCKET ENTRY:   (CA)

Ballot Summary + report of admin expenses due Mon. 1/25/16