UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) Case No. _____
 )
 ) NOTICE OF INTENT
 ) TO COMPENSATE
Debtor(s) ) PROFESSIONAL(S)

1. The trustee (or Debtor-in-Possession (DIP)) filed an interim report **(COPY ATTACHED)** showing total receipts of $_____, disbursements of $_____, and a balance on hand of $_____.

2. The interim report also shows this exact language in response to the following questions:

    a. [If Chapter 7 case] A distribution to creditors is expected (give the date or estimated time period, or if stating "NONE" then also state reasons why not):


    b. The trustee/DIP is currently obligated to pay a maximum of $_____ for administrative and operating expenses owed to non-professionals. [If case converted from Chapter 11 to 7] The maximum amount of all timely filed claims for Chapter 11 administrative expenses is $_____.

    c. The trustee/DIP believes the sum of $_____ could be disbursed for compensation and administrative expenses at this time without jeopardizing the viability of the estate.

3. The following application(s) for interim compensation have been filed by professionals appointed by the Court to perform services for the estate:

    <u>Applicants</u> (state profession and relation to case)            <u>Compensation</u>     <u>Expenses</u>




4. THE NOTICING PARTY CERTIFIES the information in points 1-3 is true and correct.

**NOTICE IS NOW GIVEN** that unless an interested party files written objections to any application listed above, <u>setting forth</u> the specific grounds for such objection, within 21 days of the service date below, with the Clerk of Court (i.e., if the 5-digit portion of the Case No. begins with a "3" or "4", mail to 1001 SW 5th Ave. #700, Portland OR 97204; <u>OR</u> if it begins with a "6" or "7", mail to 405 E 8th Ave #2600, Eugene OR 97401), the Court may, if a proposed compensation order is submitted to it (<u>with</u> a copy of this notice, and a verified statement that no objections were filed, <u>attached</u>), sign such order without further notice or a hearing. You may contact the party giving notice if you have further questions.

DATE: _____     _____
                       Type or print noticing party's name                                     Telephone
                         _____
                         Address
                         _____
                         (If Notice given on behalf of DIP) Debtor's Address & Taxpayer ID#(s) (last 4 digits)

On _____, copies of the Interim Report AND this Notice were served on the debtor(s), any trustee, U.S. Trustee, entities that filed a request to receive all case notices, all creditors if required by FRBP 2002(a)(6) (or if original time to file claims has expired, only on creditors who filed claims), and their respective attorneys; <u>AND</u> a copy of the Application(s) for Interim Compensation was served on the debtor(s), any creditor's committee, and their respective attorneys.

                                                                      _____
753.40 (12/1/09)                                                       Signature of party giving notice

Case 14-36770-rld11    Doc 176    Filed 12/10/15