| | | |
|---|---|---|
| 05/09/2016 | MONDAY | Judge Randall L. Dunn |
| 1:30 PM 14-36770 rld 11 bk | Evergreen Vintage Aircraft, Inc. | |

**Further Status Hearing re**

1) Confirmation Issues (164)

2) Application for Interim Compensation for Nicholas J. Henderson (173)

Application for Interim Compensation for NICHOLAS J HENDERSON, Debtor's Attorney, Fee: $159,525.00, Expenses: $5,536.62. Filed by Attorney NICHOLAS J HENDERSON Re:172 Chapter 11 Interim Report Number: 1 Filed By Debtor Evergreen Vintage Aircraft, Inc. filed by Debtor Evergreen Vintage Aircraft, Inc. (HENDERSON, NICHOLAS) (173)Chapter 11 Plan of Reorganization Filed by Debtor Evergreen Vintage Aircraft, Inc. (HENDERSON, NICHOLAS) (164)

*Sign in sheet attached*

| | |
|---|---|
| Evergreen Vintage Aircraft, Inc. - | NICHOLAS J HENDERSON ✓ |
| Yamhill County - cr | ~~JEFFREY C MISLEY~~ |
| Glen Del, LLC - intp | ~~OREN B HAKER~~ |
| US Trustee, Portland - ust | CARLA G MCCLURG ✓ |
| Alfred T. Guiliano (Ch 7 Trustee Delaware) | Bradford Sandler |

Evidentiary Hearing:   Yes: ☐   No: ☒

Second Amended Plan and Proposed OCP to be filed by Mr. Henderson.
Further red-lined modifications to be filed with the Court.

Further Confirmation Hearing set on Thursday, 5/12/16 at 11:00am in Courtroom#3.
(Mr. Henderson's client and Mr. Brad Sandler may appear by telephone.)

When Second Amended Plan is uploaded - copy to be sent to Judge Dunn's attention.

Mr. Henderson to upload an order re interim compensation.

In Re: ) Case # 14-36770-rld11

Evergreen Vintage Aircraft, Inc.
Debtor

# List of Persons Attending

Date of Hearing 5/9/2016

| PRINT YOUR NAME | PRINT NAME OF BUSINESS OR PERSON YOU REPRESENT |
|---|---|
| Nicholas Henderson | Debtor |

TELEPHONE:

| Carla McClurg | UST |
| Bradford Sandler | Alfred T. Giuliano, Ch7 TR (Delaware) |