Below is an Order of the Court.

RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>EVERGREEN VINTAGE AIRCRAFT, INC.<br><br>Debtor. | Case No. 14-36770-rld11<br><br>ORDER GRANTING DEBTOR'S APPLICATION FOR INTERIM COMPENSATION |

THIS MATTER came before the Court on the *Debtor's Application for Interim Compensation* [Docket #173] (the "Application"). The Court having reviewed the Application, and being otherwise duly advised in the premises as follows;

1. On February 27, 2015, Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code. Pursuant to §§ 1107 and 1108 of the Bankruptcy Code, Debtor continues to operate its business and manage its property as a debtor and debtor in possession. As of the date hereof, no trustee or examiner has been requested or appointed and no official committee of creditors has been appointed.

Page 1 of 2 -- ORDER GRANTING DEBTOR'S APPLICATION FOR INTERIM COMPENSATION

**Motschenbacher & Blattner, LLP**
117 SW Taylor Street, Suite 200
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

2.      On December 9, 2015, counsel for Debtor filed a Chapter 11 Interim Report

[Docket #172] and the Application [Docket #173].

3.      On December 10, 2015, counsel for Debtor filed a Notice of Intent to Compensate

Motschenbacher & Blattner LLP [Docket #176].

4.      No objections have been filed to either the Application or the Notice of Intent to

Compensate Motschenbacher & Blattner LLP.

5.      The United States Trustee has indicated that it does not object to the Application,

or to the form of this Order.

NOW, THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1.      The Debtor's Application is GRANTED; Motschenbacher & Blattner LLP is

allowed compensation for its attorney's fees in the amount of $159,525.00, and for its expenses

in the amount of $5,536.62.

2.      Based on Debtor's counsel's agreement to limit its administrative claim, the

Debtor is authorized to immediately distribute $155,000 to Motschenbacher & Blattner LLP.

### 

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

Order Presented by:
MOTSCHENBACHER & BLATTNER, LLP
/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB #074027
Telephone: 503-417-0500
E-mail: nhenderson@portlaw.com
Attorney for Debtor Evergreen Vintage Aircraft, Inc..

**PARTIES TO SERVE**

ECF-registered parties, and the following party requiring notice by US Mail:   NONE

ORDER GRANTING DEBTOR'S APPLICATION FOR
INTERIM COMPENSATION

**Motschenbacher & Blattner, LLP**
117 SW Taylor Street, Suite 200
Portland, OR 97204
Phone:  (503) 417-0500
Fax:  (503) 417-0501