Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>EVERGREEN VINTAGE AIRCRAFT, INC.<br><br>Debtor. | Case No. 14-36770-rld11<br><br>ORDER RE: DEBTOR'S REQUEST FOR ENTRY OF ORDER FOR COMPENSATION |

THIS MATTER came before the Court on Debtor's Request for Entry of Order for Compensation (the "Application for Final Compensation") [Docket No. 249]; Debtor appearing through counsel Nicholas J. Henderson; the Court having received no objections to the Application For Final Compensation, and being otherwise duly advised; now, therefore,

IT IS HEREBY ORDERED as follows:

1) The Application for Final Compensation is approved as noticed;

Page 1 of 2 – ORDER RE: DEBTOR'S REQUEST FOR ENTRY OF ORDER FOR COMPENSATION

**Motschenbacher & Blattner, LLP**
117 SW Taylor Street, Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 14-36770-rld11    Doc 253    Filed 09/07/16

2) Pursuant to the Global Settlement Agreement [Docket No. 118] and Debtor's First Amended Plan of Liquidation [Docket No. 207], fees and expenses for Debtor's counsel were capped at $155,000; and

3) Debtor's counsel has received the amount of $155,000 for fees and expenses.

# # #

Presented by:
MOTSCHENBACHER & BLATTNER, LLP

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB #074027
Email: nhenderson@portlaw.com
117 SW Taylor Street, Suite 300
Portland, OR 97204
Telephone: 503-417-0500
Attorney for Debtor Evergreen Vintage Aircraft, Inc.

## PARTIES TO SERVE

**ECF Electronic Service:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system.

**Service via First-Class Mail:**

- NONE

Page 2 of 2 – ORDER RE: DEBTOR'S REQUEST FOR ENTRY OF ORDER FOR COMPENSATION

Motschenbacher & Blattner, LLP
117 SW Taylor Street, Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 14-36770-rld11    Doc 253    Filed 09/07/16