**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

March 11, 2019

Clerk, U.S. Bankruptcy Court

BY **pjk** DEPUTY

In re
**Evergreen Vintage Aircraft, Inc.**
Debtor(s)

) Case No. **14–36770–rld11**
)
) NOTICE OF FILING OF
) TRANSCRIPT AND OF
) DEADLINES RELATED TO
) RESTRICTION AND REDACTION
)

**ALL PARTIES ARE NOTIFIED THAT:**

1. An electronic transcript of the hearing held on 05/28/16, re Transcript of Evidentiary Hearing Held on May 28, 2016, and Notice of Filing Thereof, re: Court Transcript Review due on 6/10/2019, was filed on 3/11/19.

2. To review the transcript for redaction purposes as set out in pt. 3, you may purchase a copy from the transcriber Robyn M. Anderson, 503–618–9938, or you may view the document at the clerk's office.

3. Pursuant to Local Rule 9037–1, the following procedures apply regarding redaction of certain information that could be included in the transcript:

   (a) **General**. Each party, including any attorney for the party, must review a transcript for the following information that should be redacted under the Judicial Conference's privacy policy: SSNs and ITINs should be redacted to show only the last four digits; birth dates should contain only the year of birth; individuals known to be minors should be referred to only with initials; and financial account numbers should be redacted to show only the last four digits. [NOTE: The Local Rule was adopted pursuant to a privacy policy promulgated and required for use by the Judicial Conference of the United States. The Policy Note provided by the Judicial Conference may be obtained from www.privacy.uscourts.gov.]

   (b) **Notice of Intent to Request Redaction**. No later than seven days after a transcript is filed, a party must file a notice of that party's intent to request redaction of information from the transcript. A party is responsible for reviewing the opening and closing statements made on behalf of that party, any statements made by that party, and the testimony of any witness called by that party. If no notice is timely filed, the court will presume that redaction of personal data is not necessary.

   (c) **Redaction Request/Completion**. Once a party has filed a notice of intent to request redaction, that party must, no later than 21 days after the transcript was filed, submit to the court reporter or transcriptionist a list of items to be redacted including the transcript page, paragraph, and line in which the personal data appears, and the manner in which each is to be redacted. No later than 31 days after the transcript was filed, the court reporter or transcriptionist must redact the identifiers as directed, and file the redacted transcript. Also during this time period a party may, by motion, request that additional information be redacted. No remote electronic public access to the transcript will be allowed until the court has ruled on any motion regarding its redaction, all redaction deadlines have expired, and all redaction has occurred.

Clerk, U.S. Bankruptcy Court